# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINDER E. BARRIOS,<br><br>        Petitioner,<br>v.<br><br>NEIL McDOWELL,<br><br>        Respondent. | Case No. LA CV 14-09675 VBF (AFM)<br><br>**ORDER OVERRULING OBJECTIONS AND ADOPTING THE FINAL R&R**<br><br>**DENYING HABEAS PETITION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, the Final Report and Recommendation ("FR&R") of the United States Magistrate Judge, petitioner's objections, and the applicable law. Further, the Court has engaged in a *de novo* review of those portions of the FR&R to which specific objections have been made. It is therefore ordered that:

Petitioner's objections are **OVERRULED**.
The Final Report and Recommendation is **ADOPTED**.
Petitioner's request for an evidentiary hearing is **DENIED**.
The 28 U.S.C. section 2254 petition for a writ of habeas corpus is **DENIED.**
This action is **DISMISSED with prejudice**.

Final judgment consistent with this Order and with the R&R shall be entered as a separate document as required by Federal Rule of Civil Procedure 58(a).

The Court will issue a separate order ruling on a certificate of appealability.

This case shall be **TERMINATED (JS-6)** and closed.

IT IS SO ORDERED.

Dated: August 4, 2017

*/s/ Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
SENIOR U.S. DISTRICT JUDGE