JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WINDER E. BARRIOS,** | Case No. LA CV 14-09675 VBF (AFM) |
| Petitioner, | **FINAL JUDGMENT** |
| v. | |
| NEIL McDOWELL, | |
| Respondent. | |

Pursuant to this Court's contemporaneously issued Order Overruling Petitioner's Objections, Adopting the Final R&R of the United States Magistrate Judge, Denying the 28 U.S.C. Section 2254 Habeas Corpus Petition, Directing the Entry of a Separate Ruling on a Certificate of Appealability, Directing the Entry of Separate Final Judgment, Dismissing the Action with Prejudice, and Terminating and Closing the Case, **final judgment is hereby entered in favor of the respondent government and against petitioner Winder E. Barrios.**

Dated: Friday, August 4, 2017

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
SENIOR U.S. DISTRICT JUDGE